## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

TRENT RAMSDELL                                                    PLAINTIFF

v.                               No. 3:26-cv-148-DPM

NATIONWIDE GENERAL INSURANCE
COMPANY                                                           DEFENDANT

### ORDER

Motion to remand, *Doc. 7*, noted.  If Ramsdell files a stipulation that he will not seek a total recovery in this case from all sources in excess of the statutory amount, *Bell v. Hershey Co.*, 557 F.3d 953, 958 (8th Cir. 2009), including by any later amendment of his complaint or otherwise, then the Court will remand.  If no such stipulation is filed, the case will stay here.  Any stipulation due by 13 July 2026.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 June 2026