# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**TRENT RAMSDELL**                                                    **PLAINTIFF**

**v.**                                    **No. 3:26-cv-148-DPM**

**NATIONWIDE GENERAL INSURANCE
COMPANY**                                                              **DEFENDANT**

## ORDER

Ramsdell hasn't filed a damages stipulation. *Doc. 10.* Because a jury might award an amount in excess of the statutory threshold, Ramsdell's motion to remand, *Doc. 7*, is denied. *Bell v. Hershey Co.*, 557 F.3d 953, 957 (8th Cir. 2009); *Raskas v. Johnson & Johnson*, 719 F.3d 884, 887 (8th Cir. 2013).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 July 2026