IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TRENT RAMSDELL** **PLAINTIFF**

**v.** **No. 3:26-cv-148-DPM**

**NATIONWIDE GENERAL INSURANCE COMPANY** **DEFENDANT**

# JUDGMENT

Ramsdell's complaint is dismissed without prejudice. The Court retains jurisdiction until 30 September 2026 to enforce the parties settlement.

D.P. Marshall Jr.
United States District Judge

31 July 2026